UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EUGENE DARRYL MCKNIGHT                               CIVIL ACTION

VERSUS                                               NO. 15-2195

LANCE MOORE, WARDEN                                  SECTION "J"(5)

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Eugene McKnight for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __20th__ day of __October__, 2016.

_____
UNITED STATES DISTRICT JUDGE